**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 25-180-DLB**

**JAMILA ISSAHAKU**                                                                 **PETITIONER**

**v.**                                                  **ORDER**

**SAMUEL OLSUN, et al.,**                                                           **RESPONDENTS**

* * * * * * * * * *

Plaintiff, Jamila Issahaku through counsel, recently filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  Issahaku claims that she is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Center in Newport, Kentucky.  Among other things, she requests that this Court order her immediate release.

Having reviewed Issahaku's petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate her claims.  Thus, the Court will direct the Respondents to respond to Issahaku's pleading within 14 days.  Accordingly,

**IT IS ORDERED** as follows:

(1)     The Clerk of Court is directed to send a copy of Issahaku's petition (Doc. # and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer James Daley, at the Cambell County Detention Center.

1

(2)     Respondents shall file their response to the petition within fourteen (14) days after the date of entry of this Order.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.  The Respondents also should attach any relevant documentary evidence to the Response brief.

(3)     Issahaku shall file a reply in further support of her petition within twenty-eight (28) days after the date of entry of this Order.

This 14th day of November, 2025.

Signed By:

David L. Bunning   *DB*

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2025\25-180 writ of habeas corpus order directing response.docx

2