UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 25-180-DLB

JAMILA ISSAHAKU                                                                   PETITIONER

v.                                              **ORDER**

SAMUEL OLSON, et al.,                                                          RESPONDENTS

\* \* \* \* \* \* \* \* \* \*

Petitioner Jamila Issahaku, through counsel, recently filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). On December 10, 2025, this Court granted the Petition, ordering Respondents to immediately release Petitioner, or in the alternative, provide her with a bond hearing. (Doc. # 9). Petitioner now seeks an order from this Court to enforce the Court's previous habeas order. (Doc. # 11). Petitioner alleges that while she was given a bond hearing before an immigration judge, it was not a constitutionally adequate bond hearing. (*Id*.). Petitioner now asks this Court to "order Petitioner's release, or alternatively, a new constitutionally compliant bond hearing." (*Id*. at 1).

Accordingly, **IT IS ORDERED** that Respondents Samuel Olson, Kristi Noem, Pamela Bondi, and Todd M. Lyons **shall file a written response** to Petitioner's Motion (Doc. # 11) **within fourteen (14) days** of the date of entry of this Order. Any reply by Petitioner shall be filed **fourteen (14) days thereafter**.

1

This 13th day of February, 2026.



G:\Judge-DLB\DATA\ORDERS\Cov2025\25-180 order directing response.docx

Case: 2:25-cv-00180-DLB   Doc #: 12   Filed: 02/13/26   Page: 2 of 2 - Page ID#: 149